[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 16-12342
Non-Argument Calendar

_____

D.C. Docket No. 9:16-cr-80018-RLR-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LAVANCE PALMER,
a.k.a. Rasta,
a.k.a. Sean Grant,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(February 13, 2017)

Before TJOFLAT, WILLIAM PRYOR and MARTIN, Circuit Judges.

PER CURIAM:

Robert E. Adler, appointed counsel for Lavance Palmer in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Palmer's conviction and sentence are **AFFIRMED**.